*Browne, Mr. Barnett E. Kopelman* and *Mr. J. Philip Berg* for respondents.

---

No. 889. LIBERTY NATIONAL BANK OF ROANOKE, VIRGINIA, *v.* JAMES A. BEAR, TRUSTEE, ETC. March 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. James D. Johnston* for petitioner. *Mr. G. A. Wingfield* for respondent.

---

No. 877. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* EDMUND R. WELLS ET AL. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Alexander Britton, Mr. A. H. Culwell, Mr. J. W. Terry* and *Mr. Gardiner Lathrop* for petitioner. *Mr. George E. Wallace* for respondents.

---

No. 897. NASSAU SMELTING & REFINING WORKS *v.* BRIGHTWOOD BRONZE FOUNDRY COMPANY. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Joseph B. Jacobs* for petitioner. *Mr. Harry M. Ehrlich* and *Mr. Henry Lasker* for respondent.

---

PETITIONS FOR CERTIORARI DENIED OR DISMISSED, FROM JANUARY 30, 1923, TO AND INCLUDING APRIL 9, 1923.

No. 751. EMANUEL WALLIN *v.* ROSE EVERETT. February 19, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Halvor Steenerson* and *Mr. Charles R. Fowler* for petitioner. *Mr. Marshall A. Spooner* and *Mr. Patrick H. Loughran* for respondent.